

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00015-CV

**IN THE INTEREST OF L.P.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00365
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we render judgment striking finding 7.2.1 (ground (D)) from the trial court's order, and as modified, the trial court's order is affirmed.

Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

SIGNED June 22, 2022.

_____
Patricia O. Alvarez, Justice